IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY THOMAS CHERNETSKY,
Appellant,
vs.
CHAPLAIN RICHARD SNYDER, WSCC;
WARDEN PERRY RUSSELL, WSCC;
AND A.W. RON SCHRECKENGOST,
WSCC,
Respondents.

No. 84068

**FILED**

MAR 2 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This pro se appeal was docketed in this court on January 12, 2022. On that same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within fourteen days. On January 21, 2022, appellant filed a motion for leave to proceed in forma pauperis. On January 25, this court entered an order directing appellant to first seek leave to proceed in forma pauperis in the district court.

The documents presently before this court, indicate that the appellant filed a motion to proceed in forma pauperis with the district court. On March 4, 2022, the district court filed an order regarding appellant's motion that noted appellant had not filed an affidavit in support of his request to proceed in forma pauperis and directed appellant to file the affidavit no later than March 15, 2022. To date, appellant has not paid the filing fee or demonstrated compliance with the district court's March 4, 2022, order. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-09653

cc: Hon. James Todd Russell, District Judge
Anthony Thomas Chernetsky
Attorney General/Carson City
Ron Schreckengost
Carson City Clerk